# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2178
_____

David Brady,                              *
                                          *
            Appellant,                    *
                                          *
v.                                        *        Appeal from the United States
                                          *        District Court for the
Michael Dewayne Kennedy, et al.,          *        Eastern District of Arkansas
                                          *
            Appellees.                    *
                                                   [UNPUBLISHED]

_____

Submitted: January 15, 2003

Filed: March 11, 2003
_____

Before WOLLMAN, MURPHY, Circuit Judges, and AUTREY,[1] District Judge.
_____

PER CURIAM

    David Brady brought this Civil Rights action pursuant to 42 U.S.C §1983
against Michael Kennedy, Arkansas State Police, Larry Norris, Sgt. Williams, Lt.
Dickerson, Marvin Evans, Christopher Morledge, Didi Stallings, and Don Trimble

_____

    [1]The Honorable Henry Edward Autrey, United States District Judge for the
Eastern District of Missouri, sitting by designation.

in his capacity as a State Prosecuting Attorney. Appellant also asserted claims pursuant to 42 U.S.C §§1981, 1985, and 1986. This action arose out of his arrest, conviction, and incarceration on Arkansas state traffic violations. The Appellees filed a motion for summary judgment as to some claims and motions for dismissal pursuant to Fed. R. Civ. P. 12(b)(6) on other claims, wherein Brady sought damages, declaratory, and injunctive relief. The district court[2] granted summary judgment[3] in favor of the Appellees and also granted the motion to dismiss[4] on other claims. Brady appeals from both orders. Having reviewed the record, we find no error in the district court's rulings. Accordingly, we affirm. *See* 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2] The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

[3] The district court granted summary judgment in favor of Judge Dan Felton, Lee County Sheriff Carl Oxner, Lee County Circuit Clerk Willa Dean Spath, Lee County, Lee County Quorum Court, Lee County Judge James Keasler, and Lee County Attorney Don Trimble.

[4] The district court dismissed the complaint as to Michael Kennedy, the Arkansas State Police, Larry Norris, Sgt. Williams, Lt. Dickerson, Marvin Evans, Jr., Christopher Morledge, DiDi Stallings, Don Trimble, and Judge Harvey Yates.